**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RODNEY HARPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-2412-STA-dkv** |
| | ) | |
| **DILLARD'S , INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**ORDER ADOPTING THE REPORT AND RECOMMENDATION TO DISMISS**
_____

Before the Court is Defendant Dillard's, Inc.'s Motion to Dismiss (D.E. # 26) filed on

August 15, 2008.  On October 21, 2008, the Court referred the Motion to the Magistrate Judge

for a Report and Recommendation pursuant to Fed. R. Civ. P. 72(a) (D.E. # 28).  On October 27,

2008, Magistrate Judge Diane Vescovo recommended that Defendant's Motion to Dismiss be

granted (D.E. # 30).  Plaintiff has failed to file any objections to the Magistrate Judge's Report

and Recommendation within the ten (10) days permitted by Rule 72(b)(2).  Therefore, the Court

**ADOPTS** the Magistrate Judge's Report and Recommendation, and the Motion to Dismiss is

**GRANTED**.

      **IT IS SO ORDERED**.

      **/s/ S. Thomas Anderson**
      S. THOMAS ANDERSON
      UNITED STATES DISTRICT JUDGE

      Date:   November 20, 2008